### In re SCHUMM.

(District Court, N. D. California, First Division. August 23, 1915.)

No. 9091.

BANKRUPTCY ⬥396(4)—RIGHT TO EXEMPTION—STATUTE.

Under Code Civ. Proc. Cal. § 690, exempting one dray or truck by the use of which a drayman or truckman habitually earns his living, the exemption of an auto truck cannot be granted, unless it appears that the bankrupt habitually earns his living by use thereof.

[Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. § 659; Dec. Dig. ⬥396(4).]

⬥For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

In Bankruptcy. In the matter of the bankruptcy of Leonard G. Schumm, bankrupt. Petition by the bankrupt for review of an order of the referee refusing to set apart to him as exempt an auto truck. Order affirmed.

A. H. Carpenter, of Stockton, Cal., for bankrupt.

DOOLING, District Judge. Petitioner seeks to review an order of the referee refusing to set apart to him as exempt a certain auto truck. Without passing upon the question as to whether or no an auto truck would be exempt under any circumstances, it does not appear in the present case that the petitioner habitually earned his living by the use of the truck in question. But subdivision 6 of section 690, C. C. P., upon which this exemption is claimed, exempts "one dray or truck * * * by the use of which a * * * drayman, * * * truckman, etc., * * * habitually earns his living."

The order of the referee is therefore affirmed.